# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANDREA LEAH HECKEL,

    Plaintiff,

vs.                                                                 Civ. No. 18-649 KK

ANDREW SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Memorandum Opinion and Order entered this date, the Court remands this case to the Social Security Administration for further proceedings.

**IT IS SO ORDERED.**

_____
**KIRTAN KHALSA**
**United States Magistrate Judge,**
**Presiding by Consent**